# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-60146 WSD  
**Case Name:** STILLMAN, MARK ANTHONY  
STILLMAN, CECILIA CANDACE  
**Period Ending:** 03/31/15

**Trustee:** (420180) K. Jin Lim, Trustee  
**Filed (f) or Converted (c):** 06/22/10 (f)  
**§341(a) Meeting Date:** 07/20/10  
**Claims Bar Date:** 03/07/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | LOCATION: 3246 GEMINI DRIVE, STERLING HEIGHTS MI | 165,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 60.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING ACCOUNT LOCATED AT: HUNTINGTON BANK | 2,100.00 | 0.00 | | 0.00 | FA |
| 4 | CHECKING ACCOUNT AT STERLING VAN DYKE CREDIT UNI | 8,900.00 | 0.00 | | 0.00 | FA |
| 5 | USUAL HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING | 3,600.00 | 0.00 | | 0.00 | FA |
| 6 | CLOTHING, SHOES AND CLOTHING ACCESSORIES | 650.00 | 0.00 | | 0.00 | FA |
| 7 | JEWELRY | 800.00 | 0.00 | | 0.00 | FA |
| 8 | RETIREMENT ACCOUNT HELD IN TRUST BY FORMER EMPLO | 0.00 | 0.00 | | 0.00 | FA |
| 9 | ANTICIPATED INCOME TAX REFUNDS | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2009 FORD FOCUS | 9,000.00 | 0.00 | | 0.00 | FA |
| 11 | 2007 FORD 500 | 8,500.00 | 0.00 | | 0.00 | FA |
| 12 | Fraudulent transfer p/o 12/03/10 (u) | 4,000.00 | 4,000.00 | | 2,000.00 | FA |
| 13 | Personal injury claim (u) | Unknown | Unknown | | 0.00 | Unknown |
| 13 | **Assets** Totals (Excluding unknown values) | **$203,610.00** | **$4,000.00** | | **$2,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

04/07/15: case reopened upon receipt of information on undisclosed claim; investigate and wait for resolution of personal injury claim.  
03/19/15 case reopened to investigate interest in undisclosed personal injury claim. kjl

**Initial Projected Date Of Final Report (TFR):** December 30, 2011    **Current Projected Date Of Final Report (TFR):** December 30, 2016

_____  
April 17, 2015  
Date

/s/ K. Jin Lim, Trustee  
_____  
K. Jin Lim, Trustee

Printed: 04/20/2015 09:14 AM    V.13.23

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-60146 WSD | **Trustee:** K. Jin Lim, Trustee (420180) |
| **Case Name:** STILLMAN, MARK ANTHONY / STILLMAN, CECILIA CANDACE | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******0365 - Checking Account |
| **Taxpayer ID #:** **-***6441 | **Blanket Bond:** $2,000,000.00 (per case limit) |
| **Period Ending:** 03/31/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,550.00 | | 1,550.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,540.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,530.00 |
| 03/15/13 | {12} | Cecil C. Stillman | Acct #1; Payment #19; settlment payment p/o 12/03/10 | 1241-000 | 100.00 | | 1,630.00 |
| 05/08/13 | 11001 | K. Jin Lim, Trustee | Dividend paid 100.00% on $500.00, Trustee Compensation; Reference: | 2100-000 | | 500.00 | 1,130.00 |
| 05/08/13 | 11002 | K. Jin Lim, Trustee | Dividend paid 100.00% on $100.00, Trustee Expenses; Reference: | 2200-000 | | 100.00 | 1,030.00 |
| 05/08/13 | 11003 | Michigan Catholic Credit Union | Dividend paid 11.33% on $5,176.09; Claim# 1; Filed: $5,176.09; Reference: | 7100-000 | | 586.63 | 443.37 |
| 05/08/13 | 11004 | Michigan Catholic Credit Union | Dividend paid 11.33% on $127.13; Claim# 2; Filed: $127.13; Reference: | 7100-000 | | 14.41 | 428.96 |
| 05/08/13 | 11005 | CitiFinancial Inc | Dividend paid 11.33% on $3,784.86; Claim# 3; Filed: $3,784.86; Reference: | 7100-000 | | 428.96 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,650.00 | 1,650.00 | $0.00 |
| | | | Less: Bank Transfers | | 1,550.00 | 0.00 | |
| | | | **Subtotal** | | 100.00 | 1,650.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$100.00** | **$1,650.00** | |

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-60146 WSD  
**Case Name:** STILLMAN, MARK ANTHONY  
STILLMAN, CECILIA CANDACE  
**Taxpayer ID #:** **-***6441  
**Period Ending:** 03/31/15  

**Trustee:** K. Jin Lim, Trustee (420180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******56-65 - Checking Account  
**Blanket Bond:** $2,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/06/10 | | Cecilia Stillman | Acct #1; Payment #0, 1, 2, 3, 4; Settlement payment p/o 12/03/10 | | | 500.00 | | 500.00 |
| | {12} | | Acct #1; Payment #0; Settlement payment p/o 12/03/10 | 100.00 | 1241-000 | | | 500.00 |
| | {12} | | Acct #1; Payment #1; Settlement payment p/o 12/03/10 | 100.00 | 1241-000 | | | 500.00 |
| | {12} | | Acct #1; Payment #2; Settlement payment p/o 12/03/10 | 100.00 | 1241-000 | | | 500.00 |
| | {12} | | Acct #1; Payment #3; Settlement payment p/o 12/03/10 | 100.00 | 1241-000 | | | 500.00 |
| | {12} | | Acct #1; Payment #4; Settlement payment p/o 12/03/10 | 100.00 | 1241-000 | | | 500.00 |
| 01/04/11 | | Cecilia Stillman | Acct #1; Payment #5, 6; Settlement payment p/o 12/03/10 | | | 200.00 | | 700.00 |
| | {12} | | Acct #1; Payment #5; Settlement payment p/o 12/03/10 | 100.00 | 1241-000 | | | 700.00 |
| | {12} | | Acct #1; Payment #6; Settlement payment p/o 12/03/10 | 100.00 | 1241-000 | | | 700.00 |
| 02/01/11 | | Cecilia Stillman | Acct #1; Payment #7, 8; settlement payment p/o 12/03/10 | | | 200.00 | | 900.00 |
| | {12} | | Acct #1; Payment #7; settlement payment | 100.00 | 1241-000 | | | 900.00 |
| | {12} | | Acct #1; Payment #8; settlement payment | 100.00 | 1241-000 | | | 900.00 |
| 02/09/11 | | Cecilia Stillman | Acct #1; Payment #7, 8; check #1038 returned for NSF | | | -200.00 | | 700.00 |
| | {12} | | Acct #1; Payment #7; check #1038 returned for NSF | -100.00 | 1241-000 | | | 700.00 |
| | {12} | | Acct #1; Payment #8; check #1038 returned for NSF | -100.00 | 1241-000 | | | 700.00 |

Subtotals :   $700.00   $0.00

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-60146 WSD  
**Case Name:** STILLMAN, MARK ANTHONY  
STILLMAN, CECILIA CANDACE  
**Taxpayer ID #:** **-***6441  
**Period Ending:** 03/31/15

**Trustee:** K. Jin Lim, Trustee (420180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******56-65 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/11 | {12} | Cecilia Stillman | Acct #1; Payment #7; settlement payment p/o 12/03/10 | 1241-000 | 100.00 | | 800.00 |
| 07/12/11 | | Cecilia Stillman | Acct #1; Payment #8, 9; settlement payment p/o 12/03/10 | | 200.00 | | 1,000.00 |
| | {12} | | Acct #1; Payment #8;    100.00<br>settlement payment p/o<br>12/03/10 | 1241-000 | | | 1,000.00 |
| | {12} | | Acct #1; Payment #9;    100.00<br>settlement payment p/o<br>12/03/10 | 1241-000 | | | 1,000.00 |
| 10/28/11 | {12} | Cecilia Stillman | Acct #1; Payment #10; settlement payment p/o 12/03/10 | 1241-000 | 100.00 | | 1,100.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,075.00 |
| 12/13/11 | {12} | Cecilia Stillman | Acct #1; Payment #11; settlement payment p/o 12/03/10 | 1241-000 | 100.00 | | 1,175.00 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,150.00 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,125.00 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,100.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,075.00 |
| 04/30/12 | | Cecilia Stillman | Acct #1; Payment #12, 13, 14; settlement payment p/o 12/03/10 | | 300.00 | | 1,375.00 |
| | {12} | | Acct #1; Payment #12;    100.00<br>settlement payment p/o<br>12/03/10 | 1241-000 | | | 1,375.00 |
| | {12} | | Acct #1; Payment #13;    100.00<br>settlement payment p/o<br>12/03/10 | 1241-000 | | | 1,375.00 |
| | {12} | | Acct #1; Payment #14;    100.00<br>settlement payment p/o<br>12/03/10 | 1241-000 | | | 1,375.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,350.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,325.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,300.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,275.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,250.00 |
| 09/10/12 | {12} | Cecilia C. Stillman | Acct #1; Payment #15; settlement check p/o 12/03/10 | 1241-000 | 100.00 | | 1,350.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,325.00 |

Subtotals : $900.00  $275.00

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-60146 WSD  
**Case Name:** STILLMAN, MARK ANTHONY  
STILLMAN, CECILIA CANDACE  
**Taxpayer ID #:** **-***6441  
**Period Ending:** 03/31/15

**Trustee:** K. Jin Lim, Trustee (420180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******56-65 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,300.00 |
| 11/30/12 | | Cecilia C. Stillman | Acct #1; Payment #16, 17; settlement payment p/o 12/03/10 | | 200.00 | | 1,500.00 |
| | {12} | | Acct #1; Payment #16; settlement payment p/o 12/03/10    100.00 | 1241-000 | | | 1,500.00 |
| | {12} | | Acct #1; Payment #17; settlement payment p/o 12/03/10    100.00 | 1241-000 | | | 1,500.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,475.00 |
| 12/26/12 | {12} | Mark A. Stillman | Acct #1; Payment #18; settlement payment p/o 12/03/10 | 1241-000 | 100.00 | | 1,575.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,550.00 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001042018088 20130110 | 9999-000 | | 1,550.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,900.00 | 1,900.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,550.00 | |
| | | | **Subtotal** | | 1,900.00 | 350.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,900.00** | **$350.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******0365 | 100.00 | 1,650.00 | 0.00 |
| Checking # ****-******56-65 | 1,900.00 | 350.00 | 0.00 |
| | $2,000.00 | $2,000.00 | $0.00 |

April 17, 2015  
_____  
Date

/s/ K. Jin Lim, Trustee  
_____  
K. Jin Lim, Trustee